UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Criminal No. 7:09-CR-18-1H
Civil No. 7:15-CV-208-H

DON CHRISTOPHER HAWES,                )
                                      )
                Petitioner,            )
                                      )
        v.                            )       ORDER
                                      )
UNITED STATES OF AMERICA,             )
                                      )
                Respondent.            )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 24th day of September, 2015.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE