UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:09-CR-18-H
7:15-CV-208-H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DON CHRISTOPHER HAWES | ORDER TO EXTEND TIME TO RESPOND |

For good cause shown upon the motion of the Petitioner for an extension of time in which to respond to Respondent's motion to dismiss, it is hereby ORDERED that the Petitioner have up to and including February 12, 2016, in which to respond to Respondent's motion to dismiss.

This 12th day of January 2016.

MALCOLM J. HOWARD
Senior United States District Judge